IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NEDRICK JEFFREY HARDY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-1354-NJR-DGW |
| | ) | |
| BRUCE RAUNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel filed by Plaintiff on January 11, 2018 (Doc. 7). The motion is **DENIED.**

Plaintiff claims that a paralegal at the prison where he is housed, Particia B. Stewart, is preventing him from researching matters in the law library and filing documents with the Court. He asserts that he was unable to file a motion related to this complaint in December, 2017 because Ms. Stewart represented to others that he was represented by counsel in this case (which he is not). He states his unit is only allowed to attend law library one day a week, on Tuesday, which Ms. Stewart has prevented on one occasion. Plaintiff further claims that he should not be compelled to provide his "privileged legal communications" to the Court to any person employed by the prison as they are confidential.

The Court does not manage the prison's law library. Documents sent to the Court are not "privileged" and are in fact public documents that are not confidential. Ms. Stewart is not a party to this lawsuit. Finally, this motion was filed prior to Defendants being served. As such, there were no motions or documents filed by Defendant for which a response was required. Therefore, Plaintiff's motion has no merit.

However, in the future, to the extent that Plaintiff believes that a document he has submitted to the Court has not been filed, he may file a motion for leave to file the document and attach the missing document (whether it is a motion or response to a motion or other document). To the extent that Plaintiff believes that he has not had sufficient time to respond to a motion, he may file a motion for extension of time.

**DATED: September 11, 2018**

                                                       **DONALD G. WILKERSON**
                                                     **United States Magistrate Judge**